

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-14-00231-CR
_____

HUNTER RAY PETERS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 251st District Court
Potter County, Texas
Trial Court No. 64364-C, Honorable Ana Estevez, Presiding

August 7, 2014

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant Hunter Ray Peters filed a *pro se* notice of appeal seeking to challenge his conviction for theft. The district clerk provided a copy of the trial court's certification of appellant's right of appeal. According to the certification, appellant made a plea bargain agreement by which he had no right of appeal, or appellant waived the right of appeal. *See* TEX. R. APP. P. 25.2(a)(2) and (d). By letter of June 13, 2014, we notified appellant of the terms of the trial court's certification barring appeal, and that the case would be dismissed without further notice unless he filed an amended certificate by July

indicating a right of appeal. *See* TEX. R. APP. P. 25.2(d). Appellant has made no response.

We therefore dismiss the appeal. *See* TEX. R. APP. P. 25.2(d), 43.2(f); *Chavez v. State,* 183 S.W.3d 675, 680 (Tex. Crim. App. 2006) ("A court of appeals, while having jurisdiction to ascertain whether an appellant who plea-bargained is permitted to appeal by Rule 25.2(a)(2), must dismiss a prohibited appeal without further action, regardless of the basis for the appeal").

James T. Campbell
Justice

Do not publish.